**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:                                                                    CASE NO.:  21-40296-MXM-13

**JOHN ROBERT BAREFOOT**
10901 ROLLING PRAIRIE
CROWLEY, TX 76036
SSN/TIN: XXX-XX-8365

**TRACY SUE BAREFOOT**
10901 ROLLING PRAIRIE
CROWLEY, TX 76036
SSN/TIN: XXX-XX-9335

**DEBTORS**

### NOTICE OF WITHDRAWAL

Pam Bassel Standing Chapter 13 Trustee hereby WITHDRAWS the TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO COOPERATE WITH THE TRUSTEE Docket Entry No. 51 filed on or about May 09, 2023.


Respectfully submitted,

By:    /s/ Ethan S. Cartwright
Ethan S. Cartwright, Staff Attorney
Bar No. 24068273
PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No. 01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
(817) 916-4710 Phone


### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on or before the date of filing.  Service was accomplished electronically on Debtors' attorney and all parties entitled to electronic notice and by first class mail on the Debtors  and the parties listed below, if any.

By:    /s/ Ethan S. Cartwright
Ethan S. Cartwright